# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL DONALD OWSLEY, Register No. 122118, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4207-CV-C-NKL |
| JILL McGUIRE, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On October 12, 2005, the United States Magistrate Judge recommended that plaintiff's motion for district review de novo be denied as moot. The Magistrate Judge further recommended that plaintiff's motion for default judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on October 26, 2005. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's motion for district review de novo is denied as moot [31]. It is further

ORDERED that plaintiff's motion for default judgment is denied [29].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: February 3, 2006
Jefferson City, Missouri